UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

FILED BY_____D.C.

05 JUL 22 PM 4: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA

-vs-

Case No. 1:01cr10013-001T

GEORGE E. GRAY

ORDER OF TEMPORARY DETENTION
PENDING HEARING[1] PURSUANT TO
BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for **TUESDAY, JULY 26, 2005 at 2:00 P.M.** before United States Magistrate **Judge S. Thomas Anderson** in **Courtroom No. 2, Fourth Floor**, United States Courthouse and Federal Building, 111 South Highland, Jackson, TN. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:   July 22, 2005

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

**This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on** 7/26/05

156

Case 1:01-cr-10013-JDB   Document 156   Filed 07/22/05   Page 2 of 2    PageID 152

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 156 in case 1:01-CR-10013 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable J. Breen
US DISTRICT COURT