IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v.    Cr. No. 01-10013-T/An

GEORGE E. GRAY

## ORDER

The defendant filed a *pro se* motion for the appointment of new counsel, and a hearing was held on July 26, 2005. Assistant U.S. Attorney Jerry Kitchen represented the government, and the defendant appeared in person and with counsel, Dianne Smothers, who is appointed.

After hearing argument from counsel, and after questioning the defendant, for the reasons stated in open court the motion is DENIED. Attorney Smothers is to continue representation of the defendant as to his re-sentencing under Booker.

IT IS SO ORDERED.

S. Thomas And—
_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE

DATE: July 26, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 158 in case 1:01-CR-10013 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable J. Breen
US DISTRICT COURT